IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALLOON EXCELSIOR, INC.,

    Plaintiff,                                                  No. CIV S-11-1140 MCE EFB

vs.

JB GLOBAL NETWORK SYSTEMS, INC.;
ADVENTURE FLIGHTS, INC.; ALTAIR
ENTERPRISES, INC.; JAMES BILBREY,

    Defendants.                                              ORDER
_____/

    This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default judgment against defendants JB Global Network Systems, Inc., Adventure Flights, Inc., Altair Enterprises, Inc., and James Bilbrey. Dckt. No. 16. The motion is currently scheduled to be heard on March 21, 2012. However, after plaintiff's motion was filed, plaintiff notified the court that defendant James Bilbrey filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Central District of California Central on January 30, 2012 (case number 6:12-bk-12247-DS). Dckt. Nos. 18, 19. Plaintiff also indicates that, by operation of the automatic stay, 11 U.S.C. § 362, this action is stayed against defendant Bilbray pending resolution of his bankruptcy petition. *Id.* However, plaintiff has not indicated how the

1

1 bankruptcy stay impacts plaintiff's motion for default judgment against the remaining defendants
2 in this action.
3     Accordingly, the hearing on plaintiff's motion for default judgment, Dckt. No. 16, is
4 continued to May 2, 2012 at 10:00 a.m. in Courtroom No. 24.  On or before April 18, 2012,
5 plaintiff shall file a brief explaining the impact of Bilbray's bankruptcy filing on plaintiff's
6 default judgment motion and indicating whether all or only part of this action should be stayed
7 pending resolution of the bankruptcy proceedings.  *See* 11 U.S.C. § 362; Fed. R. Civ. P. 54(b)
8 (When there are multiple parties in a case, "the court may direct entry of a final judgment as to
9 one or more, but fewer than all, claims or parties only if the court expressly determines that there
10 is no just reason for delay.").  Plaintiff shall serve a copy of this order and any brief filed by
11 plaintiff on each of the defendants.
12     SO ORDERED.
13 DATED:  March 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE