IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALLOON EXCELSIOR, INC.,

    Plaintiff,                                  No. CIV S-11-1140 MCE EFB

    vs.

JB GLOBAL NETWORK SYSTEMS, INC.;
ADVENTURE FLIGHTS, INC.; ALTAIR
ENTERPRISES, INC.; JAMES BILBREY,
                                            <u>ORDER</u>

    Defendants.
_____/

       This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default judgment against defendants JB Global Network Systems, Inc., Adventure Flights, Inc., Altair Enterprises, Inc., and James Bilbrey.  Dckt. No. 16.  On March 19, 2012, the undersigned issued an order continuing the hearing on the motion to May 2, 2012, in light of plaintiff's notification that defendant James Bilbrey filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Central District of California Central on January 30, 2012 and plaintiff's indication that by operation of the automatic stay, 11 U.S.C. § 362, this action is stayed against defendant Bilbray pending resolution of his bankruptcy petition.  Dckt. No. 20 (citing Dckt. Nos. 18, 19).  The March 19, 2012 order noted, however, that plaintiff had not

1

1 indicated how the bankruptcy stay impacts plaintiff's motion for default judgment against the
2 remaining defendants in this action.  Accordingly, plaintiff was directed to file a brief on or
3 before April 18, 2012, explaining the impact of Bilbray's bankruptcy filing on plaintiff's default
4 judgment motion and indicating whether all or only part of this action should be stayed pending
5 resolution of the bankruptcy proceedings.  *Id.* at 2 (citing 11 U.S.C. § 362; Fed. R. Civ. P. 54(b)
6 (When there are multiple parties in a case, "the court may direct entry of a final judgment as to
7 one or more, but fewer than all, claims or parties only if the court expressly determines that there
8 is no just reason for delay.")).

9 　　　　The April 18 deadline has passed and plaintiff has not filed a brief as ordered.
10 Accordingly, plaintiff's motion for default judgment, Dckt. No. 16, is denied without prejudice
11 and the May 2, 2012 hearing thereon is vacated.

12 　　　　SO ORDERED.

13 DATED:  April 23, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE